

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Staren, Ted R<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SACR 09-232<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __def__ , IT IS ORDERED that a detention hearing is set for __Monday 12/7/09__ , at __1:45__ ☐ a.m. ☒ p.m. before the Honorable __Robert N Block__ , in Courtroom __6B__ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/3/09__

_____
U.S. District Judge/Magistrate Judge